# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

CR 08 0359

ADOLFO HERRERA-VALENZUELA

MMC

DEFENDANT.

---

## INDICTMENT

Title 18, U.S.C. § 1028(a)(3) - Possession with Intent to Transfer Unlawfully Five or more False Identification Documents

Title 18, U.S.C. § 1028A(a)(1) - Aggravated Identity Theft

---

_INDICT_

A true bill.

_____
Foreman

Filed in open court this 29 day of MAY 2008

BETTY FONG
Clerk

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

Bail, $ _____
No Bail Warrant

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**—— OFFENSE CHARGED ——**

1. 18 U.S.C. 1028(a)(3) - Possession w/ intent to transfer unlawfully five or more false identification documents
2. 18 U.S.C. 1028A(a)(1) - Aggravated Identity Theft

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
1. 15 yrs. prison, $250,000 fine, 3 yrs. sup. rel., $100 sp. assessment
2. 2 yrs. mand. prison, consecutive, $250,000 fine, 1 yr. sup. rel., $100 sp. assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**— DEFENDANT - U.S —**

▶ ADOLFO HERRERA-VALENZUELA

DISTRICT COURT NUMBER

MMC

**—— PROCEEDING ——**

Name of Complainant Agency, or Person (& Title, if any)

DHS/ICE, Special Agent Dwayne Cook

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Owen Martikan

**—— DEFENDANT ——**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ N/A

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**—— ADDITIONAL INFORMATION OR COMMENTS ——**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,        )    Criminal No.:
                                     )
12         Plaintiff,                )
                                     )
13                                   )    VIOLATIONS: 18 U.S.C. § 1028(a)(3)
               v.                    )    Possession of False Identification Documents
14                                   )    18 U.S.C. § 1028A(a)(1) – Aggravated Identity
                                     )    Theft
15                                   )
    ADOLFO HERRERA-VALENZUELA,       )
16      a/k/a Jesus Manuel Mejia-Torres, )
        a/k/a Jesus Rivera-Lomeli,   )    SAN FRANCISCO VENUE
17      a/k/a Hedilberto Santos-     )
        Valenzuela                   )
18                                   )
                                     )
19         Defendant.                )
                                     )
20

21                           I N D I C T M E N T

22  The Grand Jury charges:

23  COUNT ONE:

24  18 U.S.C. § 1028(a)(3) – Possession with Intent to Distribute False Identification Documents

25      On or about March 21, 2008, in the Northern District of California, the defendant,

26                       ADOLFO HERRERA-VALENZUELA,
                             a/k/a Jesus Manuel Mejia-Torres,
27                           a/k/a Jesus Rivera-Lomeli,
                             a/k/a Hedilberto Santos-Valenzuela,
28

    INDICTMENT

1 | did knowingly possess with intent to transfer unlawfully at least five false identification
2 | documents, to wit, three permanent resident alien identification cards and three social security
3 | cards, which false identification documents appeared to have been issued by and under the
4 | authority of the United States, in violation of Title 18, United States Code, Section 1028(a)(3),
5 | (b)(1).

COUNT TWO:    18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft

On or about March 21, 2008, in the Northern District of California, the defendant,

ADOLFO HERRERA-VALENZUELA,
a/k/a Jesus Manuel Mejia-Torres,
a/k/a Jesus Rivera-Lomeli,
a/k/a Hedilberto Santos-Valenzuela,

did knowingly possess, without lawful authority, a means of identification of another person during and in relation to a felony violation of Title 18, United States Code, Section 1028(a)(3), as alleged in Count One, in violation of Title 18, United States Code, Section 1028A(a)(1).

DATED: 5-29-08

A TRUE BILL.

/s/ FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: /s/ )
AUSA MARTIKAN

INDICTMENT                    2