| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 3 min | | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Lashanda Scott | | REPORTER/FTR<br>9:36-9:39 | |
| MAGISTRATE JUDGE<br>Bernard Zimmerman | DATE<br>June 10, 2008 | | NEW CASE<br>☐ | CASE NUMBER<br>CR08-0359 VRW |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT<br>Adolfo Herrera-Valenzuela | AGE | CUST<br>Y | P/NP<br>NP | ATTORNEY FOR DEFENDANT<br>Jodi Linker | | PD. ☐  RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Elise Becker for Owen Martikin | | INTERPRETER<br>Spanish | | ☐ | FIN. AFFT<br>SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Josh Libby | | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL ☐ | | PARTIAL PAYMENT ☐<br>OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | INITIAL APPEAR | ☐ | PRELIM HRG | ☐ | MOTION | ☐ | JUGM'T & SENTG | ☐ | STATUS |
| ☐ | I.D. COUNSEL | ☐ | ARRAIGNMENT | ☐ | BOND HEARING | ☐ | INITIAL APPEAR<br>REV PROB OR S/R | ☐ | OTHER |
| ☒ | DETENTION HRG<br>3 min - not held | ☐ | ID / REMOV HRG | ☐ | CHANGE PLEA | ☐ | PROB. REVOC. | ☐ | ATTY APPT<br>HEARING |

FILED JUN 10 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| INITIAL APPEARANCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | ADVISED<br>OF RIGHTS | ☐ | ADVISED<br>OF CHARGES | ☐ | NAME AS CHARGED<br>IS TRUE NAME | ☐ | TRUE NAME: |

| ARRAIGNMENT | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | ARRAIGNED ON<br>INFORMATION | ☐ | ARRAIGNED ON<br>INDICTMENT | ☐ | READING WAIVED<br>SUBSTANCE | ☐ | WAIVER OF INDICTMENT FILED |

| RELEASE | | | | | |
|---|---|---|---|---|---|
| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | | ☐ PASSPORT<br>SURRENDERED<br>DATE: |

| PROPERTY TO BE POSTED | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|
| ☐ CASH  $ | | |

| ☐ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☒ REMANDED<br>TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

| PLEA | | | | |
|---|---|---|---|---|
| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ | |
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: | |

| CONTINUANCE | | | | | |
|---|---|---|---|---|---|
| TO:<br>6/11/2008 | ☐ ATTY APPT<br>HEARING | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | ☐ STATUS /<br>TRIAL SET | |
| AT:<br>9:30 a.m. | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING OR<br>ARRAIGN- | ☐ CHANGE OF<br>PLEA | ☐ OTHER | |
| BEFORE HON.<br>BZ | ☒ DETENTION<br>HEARING | MENT | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING | |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING | |

**ADDITIONAL PROCEEDINGS**

Defendant not present for hearing. Defendant had a medical issue and transferred from North County Jail to Santa Rita Jail in the middle of the night. Matter taken off calendar.
cc: BZ, Pretrial

DOCUMENT NUMBER: