UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: **JUN 2 5 2008**

Case No. **CR-08-0359 MMC**

JUDGE: **Maxine M. Chesney**

DEFENDANT: **Adolfo Herrera-Valenzuela** *

Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: **Owen Martikan**

ATTORNEY FOR DEFENDANT: **Jodi Linker**

Deputy Clerk: **Tracy Lucero**

Reporter: **Connie Kuhl**

**PROCEEDINGS**

REASON FOR HEARING: **Initial Status Conference**

RESULT OF HEARING: **Δ's counsel requests additional time to review discovery w/ Δ.**

Case continued to **7/30/08 @ 2:30** for Further Status.
Case continued to _____ for Motions.
(Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) **Continuity/preparation of Counsel** Begins **JUN 2 5 2008** Ends **7/30/08**

(5 min)