UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: JUL 30 2008

Case No. CR-08-0359 MMC          JUDGE: Maxine M. Chesney

Defendant: Adolfo Herrera-Valenzuela *    Present (✓) Not Present ( ) In Custody (✓)

U.S. Attorney: Owen Martikan

Attorney for Defendant: Jodi Linker

Deputy Clerk: Tracy Lucero     Reporter: Belle Ball

## PROCEEDINGS

REASON FOR HEARING: Further Status Conference

RESULT OF HEARING: Δ's counsel received audio & visual tapes from AUSA & need to be interpreted (from Spanish to English).

* Spanish Interpreter - Melinda Basker

Case continued to 9/10/08 @ 2:30 for Further Status.
Case continued to _____ for Motions.
(Motion due ___, Opposition due ___, Reply Due ___)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel  Begins JUL 30 2008  Ends 9/10/08

(5 min)