BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant HERRERA-VALENZUELA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08-0359 MMC |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA/STATUS CONFERENCE |
| v. | ) | |
| ADOLFO HERRERA-VALENZUELA, | ) | |
| Defendant. | ) | |

A change of plea/status conference hearing in the above-captioned case is scheduled before this Court for Wednesday, October 15, 2008 at 2:30 pm. Defense counsel, however, will most likely be in trial on another matter at that time and will be unavailable for the change of plea/status conference hearing.

Accordingly, the parties hereby jointly stipulate to continue the change of plea/status conference hearing in this matter to November 5, 2008 at 2:30 pm.

The parties further stipulate and ask that time be excluded from the Speedy Trial Act calculations from October 15, 2008, through November 5, 2008, for effective preparation of defense counsel and continuity of defense counsel. The parties represent that granting the continuance was the reasonable time necessary for effective preparation and continuity of defense

counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED.

September 30, 2008                                         /s/
DATED                                                    OWEN MARTIKAN
                                                         Assistant United States Attorney

September 30, 2008                                         /s/
DATED                                                    JODI LINKER
                                                         Assistant Federal Public Defender

IT IS SO ORDERED. except the change of plea/status conference is continued to November 12, 2008.

October 1, 2008                                          /s/ Maxine M. Chesney
DATED                                                    MAXINE M. CHESNEY
                                                         United States District Judge

CR-08-0359 MMC;
STIP & [PROPOSED] ORD. TO CONTINUE           2